## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AMANDA TOOLE,

    Plaintiff,

v.

LAKESHORE EAR, NOSE, AND THROAT CENTER, P.C., a professional corporation,

    Defendant.

Case No. 2:21-cv-11850

Hon. Gershwin A. Drain

Magistrate Judge David R. Grand

---

## **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

The parties, by and through their respective counsel, have stipulated to the dismissal of the above the above caption case, with prejudice, and without costs to either side.

This Stipulation and Order resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

                                                    s/ Gershwin A. Drain
                                                  Hon. Gershwin A. Drain

Dated: January 16, 2024                    United States District Court Judge

**Stipulated and Approved for Entry:**

| | |
|---|---|
| */s/ Sarah S. Prescott* | */s/ Daniel L. Villaire (w/ permission)* |
| Sarah S. Prescott (P70510) | Daniel L. Villaire (P60132) |
| SALVATORE PRESCOTT PORTER & PORTER, PLLC | OGLETREE, DEAKINS, NASH, SMOAK STEWART, PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 105 East Main Street | 34977 Woodward Avenue, Suite 300 |
| Northville, MI 48167 | Birmingham, Michigan 48009 |
| (248) 679-8711 | (248) 593-6400 |
| prescott@sppplaw.com | daniel.villaire@ogletree.com |

Dated: December 9, 2023